**F I L E D**
CLERK, U.S. DISTRICT COURT

04/14/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GSA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2026 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>MARTIN CARBAJAL,<br><br>       Defendant. | CR 5:26-cr-00065-KK<br><br>I N D I C T M E N T<br><br>[26 U.S.C. § 7206(1): Making and Subscribing to a False Tax Return] |

The Grand Jury charges:

COUNTS ONE THROUGH THREE

[26 U.S.C. § 7206(1)]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Indictment:

1.   Defendant MARTIN CARBAJAL was a resident of Riverside County, California, which is within the Central District of California.

2.   Defendant CARBAJAL was the owner, operator, and 100% shareholder of MC Tile & Stone, Inc. ("MC Tile"), which was registered with the Internal Revenue Service ("IRS") as an S Corporation.

3.    Defendant CARBAJAL, through MC Tile, owned a commercial warehouse located within the Central District of California, which defendant CARBAJAL rented to O.E., a California state-authorized marijuana cultivator.

4.    As a state-authorized marijuana cultivator, O.E. paid rent to defendant CARBAJAL in cash.

5.    The IRS was an agency of the United States Department of Treasury responsible for administering the tax laws of the United States and collecting taxes owed to the United States.

6.    IRS Form 1040, U.S. Individual Income Tax Return ("Form 1040"), was a form generally used by individual U.S. taxpayers to file annual income tax returns.

7.    IRS Form 1120-S, U.S. Income Tax Return for an S Corporation, was a form generally used by businesses that elected to be treated as an S Corporation to report information such as income, deductions, and credits.  S Corporations did not pay taxes on income; instead, any profits or losses flowed through to the shareholders.

8.    Schedule K-1, Shareholder's Share of Income, Deductions and Credits, etc., was a form used to report a shareholder's share of an S Corporation's income, deductions, credits, and other tax related items.  A Schedule K-1 also reflected any distributions, which were the payments of the business's equity to a shareholder.  Information from a Schedule K-1, including any distributions, were used to calculate the shareholder's taxable income.

B.    FALSE TAX RETURNS

9.    On or about the dates set forth below, in Riverside County, within the Central District of California, defendant CARBAJAL willfully made and subscribed to materially false Forms 1040, U.S.

2

Individual Income Tax Return, for the calendar years set forth below, which defendant CARBAJAL verified as true, correct, and complete by written declaration made under the penalty of perjury and caused to be filed with the Internal Revenue Service, and which defendant CARBAJAL knew was not true and correct as to a material matter, as defendant CARBAJAL then knew and believed his taxable income for calendar years set forth below was substantially higher than reported.  Specifically, defendant CARBAJAL had additional taxable income for calendar years 2018, 2019, and 2020 of at least $440,400, $325,000, and $95,000, respectively.

| COUNT | CALENDAR YEAR | APPROXIMATE FILING DATE | FALSE ENTRIES |
|---|---|---|---|
| ONE | 2018 | April 15, 2019 | Line 10: $71,062 |
| TWO | 2019 | April 15, 2020 | Line 11b: $84,484 |
| THREE | 2020 | May 13, 2021 | Line 15: $182,423 |

3

COUNTS FOUR AND FIVE

[26 U.S.C. § 7206(1)]

10.  The Grand Jury realleges paragraphs 1 through 8 of this Indictment here.

A.    FALSE TAX RETURNS

11.  On or about the dates indicated below, in Riverside County, within the Central District of California, defendant CARBAJAL willfully made and subscribed to materially false Forms 1120-S, U.S. Income Tax Return for an S Corporation, for the calendar years set forth below, which defendant CARBAJAL verified as true, correct, and complete by written declaration made under the penalty of perjury and caused to be filed with the Internal Revenue Service, and which defendant CARBAJAL knew was not true and correct as to a material

//

//

//

//

4

matter, as defendant CARBAJAL then knew and believed MC Tile had additional rental real estate income for the calendar years set forth below which was substantially higher than reported.

| COUNT | CALENDAR YEAR | APPROXIMATE FILING DATE | FALSE ENTRIES |
|---|---|---|---|
| FOUR | 2019 | March 15, 2020 | Schedule K, Line 2: -$9,662 |
| FIVE | 2020 | March 15, 2021 | Schedule K, Line 2: $226,034 |

A TRUE BILL

/S/_____
Foreperson

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

ROGER HSIEH
Assistant United States Attorney
Chief, Major Frauds Section

ROBERT K. QUEALY
Special Assistant United States
Attorney
Major Frauds Section