FILED
CLERK, U.S. DISTRICT COURT

JUN 12 2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MG_____ DEPUTY

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
DAVID Y. PI (Cal. Bar No. 337432)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3659
     Facsimile: (213) 894-6269
     E-mail:    david.pi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 5:26-CR-00065-KK |
|---|---|
| Plaintiff, | ORDER UNSEALING CASE |
| v. | |
| MARTIN CARBAJAL, | |
| Defendant. | |

The Court has read and considered the Stipulation to Unseal Case, filed by the parties in this matter on June 12, 2026.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support unsealing this case.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The Clerk of the Court shall unseal this case and make it

//

//

//

publicly available on the Court docket.

IT IS SO ORDERED.

June 12, 2026
DATE

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
DAVID Y. PI
Assistant United States Attorney

2